O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ELLVA SLAUGHTER,

Petitioner,

v.

FRANCISCO QUINTANA, Warden,

Respondent.

Case No. CV 11-98-SJO (OP)

ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss; and (3) directing that Judgment be entered dismissing this action without prejudice for lack of jurisdiction.

DATED: 7/27/११

/s/
HONORABLE S. JAMES OTERO
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge